UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 31  P 1: 13

IN RE: ANDREW J. LETOURNEAU

BANKRUPTCY APPEAL
DISTRICT OF MASS.

CIVIL ACTION NO. 03- 40274

## APPELLANTS' TO MOTION TO FURTHER EXTEND TIME FOR FILING BRIEFS

Pursuant to Local Rule 203 (B) (Bankruptcy Appeals), appellants Andrew J. Letourneau and Pauline M. Letourneau respectfully request this Court to modify the briefing schedule set forth in its Order dated December 17, 2003 (Gorton,D.J.) as follows: (1) Appellants' brief shall be filed on or before January 20, 2004; (2) Appellee's brief shall be filed on or before February 4, 2004; and (3) Appellants' reply brief shall be filed on or before February 14, 2004.   In support of this Motion, appellants state as follows:

1. On December 29, 2003, court reporter Leah DiDonato of GCI Transcription Services advised Appellants' counsel that the transcript of the trial held in U.S. Bankruptcy Court would be sent out on or about January 2, 2004.

2. Appellants' counsel needs the above-requested extension of time to study the transcript and to prepare Appellants' brief. The deadlines for filing Appellee's brief and Appellants' reply brief should therefore be extended accordingly.

3. It is in the interest of justice that this Court should allow these extensions of time to file appellate briefs.

Dated: December 30, 2003                Respectfully submitted,

                                                                                      Joseph P. Bernardo
                                                                                      Counsel for Appellants
                                                                                      BBO # 040800
                                                                                      655 Boston Road-Unit 3B
                                                                                      Billerica, MA 01821
                                                                                      Tel. (978) 667-1565
                                                                                      Fax: (978) 667-3686

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid, on December 30, 2003.

                                                                                      Joseph P. Bernardo