UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JAN 12 P 12: 35

IN RE:  ANDREW J. LETOURNEAU

BANKRUPTCY APPEAL
U.S. DISTRICT COURT
DISTRICT OF MASS.
CIVIL ACTION NO. 03- 40272

### APPELLANTS' ASSENTED TO MOTION TO FURTHER EXTEND TIME FOR FILING BRIEFS

Pursuant to Local Rule 203 (B) (Bankruptcy Appeals), appellants, with the assent of the appellee, request this Court to modify the briefing schedule set forth in its Order dated December 17, 2003 (Gorton,D.J.) as follows: (1) Appellants' brief shall be filed on or before January 30, 2004; (2) Appellee's brief shall be filed on or before February 17, 2004; and (3) Appellants' reply brief shall be filed on or before February 27, 2004.   In support of this Motion, appellants state as follows:

1.  On January 7, 2004, Appellants' counsel received the transcript of the proceedings in United States Bankruptcy Court.

2.  Appellants' counsel needs the above-requested extension of time to study the transcript and to prepare Appellants' brief.  The deadlines for filing Appellee's brief and Appellants' reply brief should therefore be extended accordingly.

3.  It is in the interest of justice that this Court should allow these extensions of time to file appellate briefs.

4.  Appellee's counsel has assented to this Motion.

1

Dated: January 9, 2004

Respectfully submitted,

_____
Joseph P. Bernardo
Counsel for Appellants
BBO # 040800
655 Boston Road-Unit 3B
Billerica, MA 01821
Tel. (978) 667-1565
Fax: (978) 667-3686

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail, postage prepaid, on January 9, 2004.

_____
Joseph P. Bernardo